IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ADRIAN THADDEUS WILSON, PRO SE, § | | |
| TDCJ-CID No. 1207116, § | | |
| Previous TDCJ-CID No. 807295, § | | |
| Previous TDCJ-CID No. 913340, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | 2:13-CV-0119 | |
| § | | |
| WILBUR L. KEMPH, COURTNEY B. KING, § | | |
| STEVE R. CANTU, BRANDON J. HARRIS, § | | |
| GARRETT E. ROCKHOLT, and § | | |
| G. S. DAVID, § | | |
| § | | |
| Defendants. § | | |

## ORDER OF PARTIAL DISMISSAL

Plaintiff ADRIAN THADDEUS WILSON, acting pro se and while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-named defendants and was granted permission to proceed in forma pauperis.

On September 17, 2013, a Report and Recommendation was issued by the United States Magistrate Judge recommending plaintiff's claims against defendant G. S. DAVID be dismissed with prejudice as frivolous.

Plaintiff filed his objections on October 2, 2013.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the Objections filed by the plaintiff.

The Court is of the opinion that the Objections of the plaintiff should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Civil Rights Claims pursuant to Title 42, United States Code, section 1983, by plaintiff ADRIAN THADDEUS WILSON against defendant G.S. DAVID are DISMISSED WITH PREJUDICE AS FRIVOLOUS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record.

It is SO ORDERED.

Signed this the _____ 4th _____ day of October, 2013.

MARY LOU ROBINSON
United States District Judge